# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TOMMY HEARD and KATRINA HEARD, | ) ) ) |
| Plaintiffs, | ) ) ) Case No.: 2:16-cv-00694-MHH |
| v. | ) ) |
| NATIONSTAR MORTGAGE, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Tommy and Katrina Heard and Defendant Nationstar Mortgage, LLC, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a stipulated dismissal with prejudice within the next thirty (30) days. Plaintiffs request the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiffs further request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 29th day of November 2018.

                                      PRICE LAW GROUP, APC

                                      By: */s/ David A. Chami*
                                      David A. Chami, AZ #027585
                                      Admitted Pro Hac Vice
                                      8245 N. 85th Way
                                      Scottsdale, AZ 85258
                                      david@pricelawgroup.com

        Of Counsel:
SNABLE LAW
Joshua C. Snable | Attorney at Law
2737 Highland Avenue South
Birmingham, AL  35205
Telephone: (205) 939-0780
Facsimile: (205) 939-0789
jsnable@snablelaw.com

*Attorneys for Plaintiffs*
*Tommy and Katrina Heard*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

        PRICE LAW GROUP, APC

        By: */s/ Florence Lirato*
        Florence Lirato