# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| TOMMY HEARD, et al., | Case No.: 2:16-cv-00694-MHH |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| NATIONSTAR MORTGAGE LLC, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Tommy and Katrina Heard and Defendant Nationstar Mortgage, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

Respectfully submitted this 7th day of January 2019,

| **PRICE LAW GROUP, APC** | **BALCH & BINGHAM LLP** |
|---|---|
| By: */s/ David A. Chami* <br> David A. Chami, AZ #027585 <br> Admitted Pro Hac Vice <br> 8245 N. 85thWay <br> Scottsdale, AZ 85258 <br> david@pricelawgroup.com <br><br> *Attorneys for Plaintiffs* <br> *Tommy and Katrina Heard* | By: */s/Gregory C. Cook* <br> Gregory C. Cook (ASB-1088-O55G) <br> gcook@balch.com <br> Jonathan P. Hoffman <br> jhoffman@balch.com <br> Post Office Box 306 <br> Birmingham, AL 35201-0306 <br><br> *Attorneys for Defendant* <br> *Nationstar Mortgage, LLC* |

| **SNABLE LAW** | **BALCH & BINGHAM LLP** |
|---|---|
| Joshua C. Snable | Attorney at Law<br>2737 Highland Avenue South<br>Birmingham, AL  35205<br>Telephone: (205) 939-0780<br>Facsimile: (205) 939-0789<br>jsnable@snablelaw.com<br><br>*Attorneys for Plaintiffs*<br>*Tommy and Katrina Heard* | G. Lane Knight (ASB-6748-I72K)<br>lknight@balch.com<br>Post Office Box 78<br>Montgomery, AL 36101-0078<br><br>*Attorneys for Defendant*<br>*Nationstar Mortgage, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will serve the foregoing document on the counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. Respectfully submitted,

/s/ Florence Lirato