UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TOMMY HEARD and** | } |
| **KATRINA HEARD.,** | } |
| | } |
| **Plaintiffs,** | } |
| | } |
| v. | }  Case No.: 2:16-cv-00694-MHH |
| | } |
| **NATIONSTAR MORTGAGE LLC,** | } |
| **et al.,** | } |
| | } |
| **Defendants.** | } |

## ORDER

The parties have filed a Joint Stipulation for Dismissal With Prejudice. (Doc. 87). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, attorneys' fees, and expenses.

The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 8, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE